1  GORDON C. YOUNG, CASB No. 158100
2  gordon.young@kyl.com
   MARGARET A. DEGOOYER, CASB No. 234839
3  meg.degooyer@kyl.com
   KEESAL, YOUNG & LOGAN
4  A Professional Corporation
   Four Embarcadero Center, Suite 1500
5  San Francisco, California  94111
   Telephone: (415) 398-6000
6  Facsimile:  (415) 981-0136

7  Attorneys for Defendant
   THE BANK OF NEW YORK
8
   LEONARD C. HERR, CASB No. 081896
9  lherr@dhlaw.com
   RON STATLER, CASB No. 234177
10 rstatler@dhlaw.com
   DOOLEY, HERR, PELTZER & RICHARDSON,
11 LLP
   100 Willow Plaza, Suite 300
12 Visalia, California 93291
   Telephone:  (559) 636-0200
13
   Attorneys for Plaintiffs
14 TIMOTHY J. DONAHUE and LINDA L. DONAHUE

15                      UNITED STATES DISTRICT COURT
16                      EASTERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| TIMOTHY J. DONAHUE and LINDA L. DONAHUE, | Case No. 1:08-cv-00108-LJO-GSA |
| Plaintiffs, | STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| vs. | |
| HSBC HOLDINGS, PLC, MORGAN GUARANTEED TRUST COMPANY OF NEW YORK, THE BANK OF NEW YORK, MARINE MIDLAND BANK, | |
| Defendants. | |

TO ALL PARTIES TO THIS ACTION AND THEIR ATTORNEY(S) OF RECORD:

   WHEREAS Plaintiffs Timothy J. Donahue and Linda L. Donahue ("Plaintiffs") and Defendant The Bank of New York Mellon (sued herein as The

- 1 -

KYL_SF461165

PDF created with pdfFactory trial version www.pdffactory.com

Bank of New York) hereby stipulate and request as follows:

        That counsel has recently been retained by The Bank of New York Mellon and the parties have been in communication in an effort to investigate Plaintiffs' claims and attempt to achieve an informal resolution of those claims.  Accordingly, the parties have stipulated to The Bank of New York Mellon receiving an extension of time to and until May 8, 2008 to file and serve a response to Plaintiffs' Complaint, filed on or about January 21, 2008.

DATED:  April 7, 2008         /s/ Gordon C. Young
                                           GORDON C. YOUNG
                                           MARGARET A. DEGOOYER
                                           KEESAL, YOUNG & LOGAN
                                           **Attorneys for Defendant**
                                           **The Bank of New York Mellon**

DATED:  April 7, 2008         /s/ Leonard C. Herr
                                           LEONARD C. HERR
                                           DOOLEY, HERR, PELTZER &
                                           RICHARDSON, LLP
                                           **Attorneys for Plaintiffs**
                                           **TIMOTHY J. DONAHUE and LINDA L. DONAHUE**

Good cause appearing, IT IS SO ORDERED.

DATED:  April _8_, 2008        /s/ Gary S. Austin
                                           **The Honorable Gary S. Austin**
                                           **United States Magistrate Judge**

KYL_SF461165

PDF created with pdfFactory trial version www.pdffactory.com