# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. DONAHUE and LINDA DONAHUE,<br>　　　　　　Plaintiff,<br>　vs.<br>HSBC HOLDING, et. al.,<br>　　　　　　Defendants.　　　　　／ | CASE NO. CV-F-08-0108 LJO GSA<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION** |

Based on the parties' stipulation of dismissal under F.R.Civ.P. 41(a)(1), this Court:

1. DISMISSES this action without prejudice;
2. VACATES all pending matters, and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   November 21, 2008**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE