# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. DONAHUE and LINDA DONAHUE,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HSBC HOLDING, et. al.,<br><br>　　　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. CV-F-08-0108 LJO GSA<br><br>**AMENDED ORDER TO DISMISS AND TO CLOSE ACTION** |

　　　　This Court's November 21, 2008 order inadvertently dismissed this action without prejudice rather than with prejudice. This Court AMENDS and CORRECTS the November 21, 2008 order and DISMISSES with prejudice this entire action.

　　　　IT IS SO ORDERED.

**Dated:   November 26, 2008**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE